IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MINISTER TIMOTHY LUTHER MCNAIR, | No. 2:16-cv-00871-SB |
| Plaintiff, | ORDER |
| v. | |
| STATE OF OREGON, et al., | |
| Defendants. | |

HERNÁNDEZ, District Judge:

Magistrate Judge Beckerman issued a Findings and Recommendation [140] on February 4, 2019, in which she recommends that this Court grant Defendants' motion for summary judgment [101], deny Plaintiff's motions for entry of judgment on the pleadings [97][131], and deny Plaintiff's motions for entry of default and default judgment [119][120]. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Judge Beckerman's Findings & Recommendation [140]. Accordingly, the Court grants Defendants' motion for summary judgment [101], denies Plaintiff's motions for entry of judgment on the pleadings [97][131], and denies Plaintiff's motions for entry of default and default judgment [119][120].

IT IS SO ORDERED.

DATED this \_\_26\_\_ day of \_\_April\_\_, 2019.

_____
MARCO A. HERNÁNDEZ
United States District Judge